# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv76

| | |
|---|---|
| KATRIN MOONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| Vs. ) | **ORDER** |
| ) | |
| THE CATO CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Motion for Extension of Time to File[1] Expert Witness Reports. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Extension of Time to File Expert Witness Reports (#13) is **GRANTED,** and defendant is allowed up to and inclusive of March 17, 2008, to <u>serve</u> expert reports.

Signed: February 21, 2008

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge

---

[1] Expert witness reports are discovery material that is served, not filed. L.Cv.R. 26.2.