# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv76

| | |
|---|---|
| **KATRIN MOONEY,** | ) |
| **Plaintiff,** | ) |
| Vs. | ) **JUDGMENT** |
| **THE CATO CORPORATION,** | ) |
| **Defendant.** | ) |

**THIS MATTER** having come before the court on defendant's Motion for Summary Judgment, and the court having determined that a number of plaintiff's subcontentions are time barred and that a number of subcontentions fail to state actionable claims, and that no genuine issues of material fact exists as to the remaining claims and that defendant is entitled to entry of judgment in its favor on those claims, as shown in a Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that defendant's Motion for Summary Judgment is **GRANTED**, all claims contained in the Amended Complaint are **DISMISSED** with prejudice, and **JUDGMENT** is entered providing that plaintiff have and take nothing of this defendant.

Signed: September 8, 2008

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge